**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Nevada

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | SD&W, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Superior Door & Window |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 90-1276059 |

**4. Debtor's address**

**Principal place of business**

1440 South Curry Street
Number        Street

_____

Carson City             NV      89703
City                          State       ZIP Code

Carson City
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
P.O. Box

_____
City                  State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City                  State      ZIP Code

**5. Debtor's website** (URL)

Superiordoorandwindow.com

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

Debtor    SD&W, LLC
_____    Case number *(if known)*_____

Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

327215

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                                  MM / DD / YYYY
        District _____  When _____  Case number _____
                                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

       District _____  When _____
                                                                    MM / DD / YYYY
       Case number, if known _____

| | |
|---|---|
| Debtor | SD&W, LLC |
| | Name |

Case number (if known) _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number        Street

_____

    City                           State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor  SD&W, LLC
        Name _____

                                                    Case number (if known)_____

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/18/2023
             MM / DD / YYYY

✖ /s/ Alexander Dawers                          Alexander Dawers
_____               _____
Signature of authorized representative of debtor   Printed name

Title  Owner
       _____

**18. Signature of attorney**

✖ /s/ Elizabeth Fletcher                Date  04/18/2023
_____             _____
Signature of attorney for debtor              MM / DD / YYYY

Elizabeth Fletcher
_____
Printed name
Fletcher & Lee
_____
Firm name
448 Ridge Street
_____
Number        Street
Reno                                    NV        89501
_____       _____    _____
City                                    State     ZIP Code
7753241011                              edendary@fletcherlawgroup.com
_____       _____
Contact phone                           Email address

10082                                   NV
_____       _____
Bar number                              State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>SD&W, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Nevada</td></tr>
<tr><td></td><td>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals            **12/15**

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................
   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................
   $ _____ 505,933.47

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................
   $ _____ 505,933.47

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............
   $ _____ 85,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................
   $ _____ 30,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................
   +$ _____ 527,545.80

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b
   $ _____ 642,545.80

**Fill in this information to identify the case:**

Debtor name: SD&W, LLC

United States Bankruptcy Court for the: District of Nevada

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Nevada State Bank | Checking | 5  5  0  7 | $ 92,199.55 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $ _____ |
| 4.2. _____ | $ _____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 92,199.55

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. _____ | $ _____ |
| 7.2. _____ | $ _____ |

Debtor  SD&W, LLC
_____
Name

Case number (*if known*)_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| **11. Accounts receivable** | | | |
| 11a. 90 days old or less: | 113,845.08 <br> face amount | − | 0.00 <br> doubtful or uncollectible accounts | = ........➤ | $ 113,845.08 |
| 11b. Over 90 days old: | 0.00 <br> face amount | − | 0.00 <br> doubtful or uncollectible accounts | = ........➤ | $ 0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 113,845.08

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership: | |
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor    SD&W, LLC
_____    Case number (if known)_____
Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Stock Inventory | 12/31/2022 <br> MM / DD / YYYY | $_____ | _____ | 27,299.09 <br> $_____ |
| 20. **Work in progress** <br> _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> Customer Inventory | 12/31/2022 <br> MM / DD / YYYY | $_____ | _____ | 150,316.22 <br> $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| 177,615.31 <br> $_____ |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor   SD&W, LLC
_____   Case number *(if known)* _____
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Desks | $ 2,000.00 | Self | $ 2,000.00 |
| **40. Office fixtures**<br>Displays | $ 3,000.00 | Self | $ 3,000.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers | $ 2,000.00 | Self | $ 2,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | · $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 7,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    SD&W, LLC
_____    Case number *(if known)*_____
Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  2000 Toyota Tacoma | $_____ | _____ | $ 6,000.00 |
| 47.2  International 4500 | $_____ | _____ | $ 8,000.00 |
| 47.3  2002 Featherlite Deckover 8' x 6' Trailer | $_____ | _____ | $ 6,000.00 |
| 47.4  _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1  _____ | $_____ | _____ | $_____ |
| 48.2  _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1  _____ | $_____ | _____ | $_____ |
| 49.2  _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | |
|---|---|---|
| $ 69,233.00 | _____ | $ 57,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 77,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

| Debtor | SD&W, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website Domain Name | $_____ | _____ | 100.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer Lists | $_____ | _____ | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 100.00

---

Debtor  SD&W, LLC
_____
Name

Case number *(if known)* _____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➔   $ _____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
Federal Tax Refund _____   Tax year 2022   $ Unknown
_____   Tax year _____   $ _____
_____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet _____   $ 38,173.53

Nature of claim   _____
Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____

Nature of claim   _____
Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____   $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $ _____
_____   $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 38,173.53

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    SD&W, LLC
Name

Case number (if known)

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 92,199.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 113,845.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 177,615.31 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 77,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 38,173.53 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 505,933.47 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................... 505,933.47    $ 505,933.47

| Debtor 1 | SD&W, LLC | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Snow Plow Attachment | 3,000.00 | 500.00 |
| Door Machine | 66,233.00 | 40,000.00 |
| Forklift | | 2,500.00 |
| Tools, Fans, & Shop Equipment | | 7,000.00 |
| Warehouse Racking | | 7,000.00 |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| Precision Door | Potential cause of action related to bond payments | 14,000.00 | 14,000.00 |
| Nixon | Potential cause of action related to bond payments | 222.24 | 222.24 |
| Callie Gash | Potential cause of action related to bond payments | 0.00 | Unknown |
| Janet Eychner | Potential cause of action related to bond payments | 9,068.06 | 9,068.06 |
| Brandon Hall | Potential cause of action related to bond payments | 5,883.23 | 5,883.23 |
| Marty Wooten, Ironwood Door & Moulding | Breach of contract – door ordered but not delivered or money refunded | 9,000.00 | 9,000.00 |

**Fill in this information to identify the case:**

Debtor name         SD&W, LLC

United States Bankruptcy Court for the:   District of Nevada

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Centra Funding LLC

Describe debtor's property that is subject to a lien
Door Machine

$ 15,000.00          $ 40,000.00

Creditor's mailing address
1400 Preston Road
Suite 115, Plano, TX 75093

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
US Bank

Describe debtor's property that is subject to a lien
Computers, Desks, Door Machine, Snow Plow Attachment, Customer Lists, International 4500, Accounts Receivable, Tools, Fans, & Shop Equipment, Warehouse Racking, Website Domain Name, Federal Tax Refund, Stock Inventory, Customer Inventory

$70,000.00          $450,259.94

Creditor's mailing address
Attn: Michelle Taylor
17851 N 85th Street, Suite 100/140, Scottsdale

Creditor's email address, if known
_____

Describe the lien
Agreement you made

Date debt was incurred   3/6/2018

Is the creditor an insider or related party?
☑ No
☐ Yes

Last 4 digits of account number  _____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 85,000.00

| Debtor | SD&W, LLC | Case number *(if known)* | |
|--------|-----------|--------------------------|--|
| | Name | | |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|--------------------------------------------------|
| US Bank<br>800 Nicollet Mall<br>Minneapolis, MN, 55402 | Line 2. 2 | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |
| _____ | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor        SD&W, LLC

United States Bankruptcy Court for the:   District of Nevada

Case number
(if known)      _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
California Department of Tax and Fee Administration
P.O. Box 942879
Sacramento, CA, 94279

As of the petition filing date, the claim is: $ 15,000.00      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Nevada Department of Taxation
1550 College Parkway, Suite 115
Carson City, NV, 89706

As of the petition filing date, the claim is: $ 15,000.00      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  SD&W, LLC
      Name

Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
American Building Supply
8360 Elder Creek Rd
Sacramento, CA, 95828

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 11,000.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Armando Ramos
1007 Hickory Court
Dayton, NV, 89403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit paid by customer

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Bill Eddy
2817 NV-208
Wellington, NV, 89444

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit paid by customer

$ 1,149.24

Date or dates debt was incurred  11/15/2022
Last 4 digits of account number  889

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Bob Fulton
530 Goshute Road
Crystal Bay, NV, 89402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit paid by customer

$ 7,700.00

Date or dates debt was incurred  7/21/2022
Last 4 digits of account number  659

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Burt and Associates
1150 E Flamingo Road
Las Vegas, NV, 89119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Collection Agency

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Cadra-Nixon
1322 Enterprise Way
Carson City, NV, 89703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit paid by customer

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    SD&W, LLC
        Name

                                                            Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.7  Nonpriority creditor's name and mailing address**

Caille Gash
220 Carville Circle
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

**3.8  Nonpriority creditor's name and mailing address**

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT, 84130-0285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8,216.47

---

**3.9  Nonpriority creditor's name and mailing address**

Carl and Jill Blair
3701 SR-208
Wellington, NV, 89444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    9/28/2022

Last 4 digits of account number    809

$ 2,100.00

---

**3.10  Nonpriority creditor's name and mailing address**

Charlena Manchester
127 Cypress Lane
Stateline, NV, 89449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    11/28/2022

Last 4 digits of account number    905

$ 1,491.84

---

**3.11  Nonpriority creditor's name and mailing address**

Chuck King
3308 Hickory Drive
Carson City, NV, 89701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

Debtor    SD&W, LLC
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12**   **Nonpriority creditor's name and mailing address**

Conklin
955 Longview Way
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.13**   **Nonpriority creditor's name and mailing address**

Dan Arnett
513 Crabapple Lane
Dayton, NV, 89403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 1,229.44

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.14**   **Nonpriority creditor's name and mailing address**

Dan Burthead
3673 Cherokee Drive

Carson City, NV, 89705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 1,010.71

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.15**   **Nonpriority creditor's name and mailing address**

David Elie
4042 Via Grant Dr
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 1,895.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/15/2022

Last 4 digits of account number    715

---

**3.16**   **Nonpriority creditor's name and mailing address**

David Elie
4042 Via Grant Dr
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 3,009.34

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/15/2022

Last 4 digits of account number    714

---

Debtor    SD&W, LLC
         Name                                              Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 17** Nonpriority creditor's name and mailing address

David Elie
3031 Kitchen Drive
Carson City, NV, 89701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Deposit paid by customer

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 18** Nonpriority creditor's name and mailing address

Dolly Schreckengost
1714 Bobwhite Lane
Gardnerville, NV, 89410

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Deposit paid by customer

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 19** Nonpriority creditor's name and mailing address

Doug Englekirk
557 Wyatt Lane
Gardnerville Ranchos, NV, 89460

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,440.17

Basis for the claim: Deposit paid by customer

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 20** Nonpriority creditor's name and mailing address

Douglas Harrison
4151 W. Hidden Valley Road
Reno, NV, 89502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,000.00

Basis for the claim: Deposit paid by customer

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 9/28/2022

Last 4 digits of account number _____

---

**3. 21** Nonpriority creditor's name and mailing address

Duane Steidley
2205 J-S Bar Ranch Road
Washoe Valley, NV, 89704

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 700.00

Basis for the claim: Deposit paid by customer

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    SD&W, LLC
    Name    Case number (if known)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 22    **Nonpriority creditor's name and mailing address**

El & El Wood Products
700 Industrial Drive

Galt, CA, 95632

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,000.00

---

**3.** 23    **Nonpriority creditor's name and mailing address**

Gerald Nott
439 Lakeview Ave
Zephyr Cove, NV, 89448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/17/2022

Last 4 digits of account number    835

$ 2,574.39

---

**3.** 24    **Nonpriority creditor's name and mailing address**

Gerald Nott
439 Lakeview Ave
Zephyr Cove, NV, 89448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/17/2022

Last 4 digits of account number    836

$ 730.64

---

**3.** 25    **Nonpriority creditor's name and mailing address**

Greg Conklin
955 Longview Way
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    12/5/2022

Last 4 digits of account number    924

$ 685.84

---

**3.** 26    **Nonpriority creditor's name and mailing address**

I Cox Construction
245 MAGPIE WAY
Washoe Valley, NV, 89704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    6/2/2022

Last 4 digits of account number    542

$ 702.09

---

Debtor    SD&W, LLC
_____
Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3. 27** | **Nonpriority creditor's name and mailing address**

Ivan Zamyslicky
400 Saliman Road #K86
Carson City, NV, 89701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3. 28** | **Nonpriority creditor's name and mailing address**

Jackie Bryant
4180 James Drive
Carson City, NV, 89706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 8/3/2022

**Last 4 digits of account number** 686

$ 1,397.38

---

**3. 29** | **Nonpriority creditor's name and mailing address**

Janet Baldwin
1853 Mercury Way
Carson City, NV, 89706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 12/19/2022

**Last 4 digits of account number** _____

$ 730.95

---

**3. 30** | **Nonpriority creditor's name and mailing address**

Janine Reynolds
4135 Ramsey Circle
Carson City, NV, 89706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 8/4/2022

**Last 4 digits of account number** 690

$ 1,500.00

---

**3. 31** | **Nonpriority creditor's name and mailing address**

Jeff Baughman
532 Jensen Circle
Incline Village, NV, 89451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 9/9/2022

**Last 4 digits of account number** 781

$ 1,827.26

---

Debtor     SD&W, LLC
           Name                                                    Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32**   Nonpriority creditor's name and mailing address

Jeff Saling
5265 Callahan Rd
Reno, NV, 89511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 804.43

Date or dates debt was incurred   8/29/2022

Last 4 digits of account number   764

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33**   Nonpriority creditor's name and mailing address

Jeld-Wen, Inc.
2645 Silver Crescent Drive

Charlotte, NC, 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 40,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34**   Nonpriority creditor's name and mailing address

Jim Dawers
144 Lake Glen Dr.
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 40,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35**   Nonpriority creditor's name and mailing address

John Muise Jr.
3739 Prospect Dr
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 3,331.83

Date or dates debt was incurred   7/14/2022

Last 4 digits of account number   643

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36**   Nonpriority creditor's name and mailing address

JOMAX Recovery Service
9242 W Union Hills
Suite 102
Peoria, AZ, 85382

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___SD&W, LLC_____    Case number (if known)_____
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Jon Macia
5365 Tannerwood Drive
Reno, NV, 89511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 1,500.00

Date or dates debt was incurred    9/1/2022

Last 4 digits of account number    771

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Kallee Kinkle
426 Chianti Way
Dayton, NV, 89403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Ken Cash
PO Box 5979
Incline Village, NV, 89450

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 12,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Lois Hauch
5989 Mallow Rd
Carson City, NV, 89701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 9,229.08

Date or dates debt was incurred    6/14/2022

Last 4 digits of account number    578

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Lotus Radio Corp.
690 E. Plumb Lane
Reno, NV, 89502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 6,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    SD&W, LLC

Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42  **Nonpriority creditor's name and mailing address**

LTC Construction
9340 Viking Pl
Roseville, CA, 95747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ <u>Unknown</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 43  **Nonpriority creditor's name and mailing address**

Mammoth Screen and Glass
1401 Tavern Rd
Mammoth Lakes, CA, 93546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ <u>Unknown</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 44  **Nonpriority creditor's name and mailing address**

Marino
1844 N Nevada Street
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ <u>Unknown</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 45  **Nonpriority creditor's name and mailing address**

Mark Ennis
188 South C Street
Virginia City, NV, 89440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ <u>Unknown</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 46  **Nonpriority creditor's name and mailing address**

Mark Tanner Construction
10603 E River St
Truckee, CA, 96161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ <u>1,685.37</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    <u>11/4/2022</u>

Last 4 digits of account number    <u>874</u>

---

Debtor    SD&W, LLC
         Name                                                              Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.47**    Nonpriority creditor's name and mailing address

McBride
1780 E Clearview Dr
Carson City, NV, 89701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 850.00

Date or dates debt was incurred    9/16/2022

Last 4 digits of account number    790

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48**    Nonpriority creditor's name and mailing address

Meeks Lumber & Hardware
2869 N. Carson Street
Carson City, NV, 89706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 260.71

Date or dates debt was incurred

Last 4 digits of account number    06S6105

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49**    Nonpriority creditor's name and mailing address

Michael Tedesco
212 S. Iris Street
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 550.00

Date or dates debt was incurred    11/22/2022

Last 4 digits of account number    901

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**    Nonpriority creditor's name and mailing address

Mike Tucci
2611 Vista Drive
Newport Beach, CA, 92663

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

$ 4,900.00

Date or dates debt was incurred    4/1/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**    Nonpriority creditor's name and mailing address

Milgard
6050 88th Street

Sacramento, CA, 95828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 195,000.00

Date or dates debt was incurred    01/01/2004

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    SD&W, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Nevada Beach
416 Blttlers Road
Zephyr Cove, NV, 89448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,434.25

Basis for the claim: Deposit paid by customer

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.53** Nonpriority creditor's name and mailing address

Orepac
8185 Signal Ct

sacramento, CA, 95824

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,000.00

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.54** Nonpriority creditor's name and mailing address

Paul Anderson
1163 Wisteria Drive
Minden, NV, 89423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 980.13

Basis for the claim: Deposit paid by customer

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    10/11/2022

Last 4 digits of account number    824

---

**3.55** Nonpriority creditor's name and mailing address

Paul Willis

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Deposit paid by customer

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.56** Nonpriority creditor's name and mailing address

Platte River Insurance Company
1600 Aspen Commons
Suite 300
Middleton, WI, 53562

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33,000.00

Basis for the claim: Bond payments to customers

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____SD&W, LLC_____  Case number *(if known)*_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Plum Construction & Design
760 Thunder Cloud Lane
Lone Pine, CA, 93545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 6,306.10

Date or dates debt was incurred    8/3/2022

Last 4 digits of account number    687

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Prestige Custom Homes
1220 E Greg St Suite #5
Sparks, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Public Restroom Company
2587 Business Pkwy
Minden, NV, 89423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Rick Todd

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Shawna Smith
281 Artist View
Wellington, NV, 89444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Deposit paid by customer

$ 2,600.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____ SD&W, LLC
         Name

Case number *(if known)* _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

Sierra Broadcasting Corp.
3015 Johnstonville Road
Susanville, CA, 96130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,000.00

---

**3.63** **Nonpriority creditor's name and mailing address**

Silver State Forklift
705 E Glendale Ave
Sparks, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,000.00

---

**3.64** **Nonpriority creditor's name and mailing address**

Steve Whalin

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.65** **Nonpriority creditor's name and mailing address**

Ted O'Neill
290 Kingsbury Grade Rd
Stateline, NV, 89449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   10/27/2022

Last 4 digits of account number   859

$ 3,537.89

---

**3.66** **Nonpriority creditor's name and mailing address**

Ted O'Neill
290 Kingsbury Grade Rd
Stateline, NV, 89449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   10/6/2022

Last 4 digits of account number   822

$ 8,789.03

---

Debtor    SD&W, LLC
          Name                                              Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

3.⁶⁷  **Nonpriority creditor's name and mailing address**

Ted Rupert
2800 S Curry Street
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.⁶⁸  **Nonpriority creditor's name and mailing address**

Tom Hanson
1692 Kiss Lane
Minden, NV, 89423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 4,220.08

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    1/10/2022
Last 4 digits of account number    30

---

3.⁶⁹  **Nonpriority creditor's name and mailing address**

Tracy Riekhoff
718 Copper Springs Road
Carson City, NV, 89703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ 476.14

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/14/2022
Last 4 digits of account number    834

---

3.⁷⁰  **Nonpriority creditor's name and mailing address**

Van Brackle
1314 Patricia Drive
Gardnerville Ranchos, NV, 89460

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit paid by customer

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3.____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    SD&W, LLC
_____    Case number (if known) _____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Euler Hermes<br>800 Red Brook Blvd.<br>Suite 400C<br>Owings Mills, MD, 21117 | Line 3.53<br>☐ Not listed. Explain: | _____ |
| 4.2. Homewood/Meek's Door & Millwork Division - West<br>Attn: Candice Ruiz<br>1030 Winding Creek Road, Suite 100<br>Roseville, CA, 95678 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.3. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line ____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 30,000.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 527,545.80 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 557,545.80 |

**Fill in this information to identify the case:**

Debtor name ___SD&W, LLC___

United States Bankruptcy Court for the: ___District of Nevada___

Case number (If known): _____   Chapter ___7___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name _SD&W, LLC_

United States Bankruptcy Court for the: _District of Nevada_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ Codebtor | | _Column 2:_ Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 Alexander Dawers | Alexander Dawers<br>7 Bulion Drive<br>Carson City, NV 89706 | US Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Alexander Dawers | Alexander Dawers<br>7 Bulion Drive<br>Carson City, NV 89706 | Capital One | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name _SD&W, LLC_____

United States Bankruptcy Court for the: _District of Nevada_____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/18/2023_          ✘ /s/ Alexander Dawers
           MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                    Alexander Dawers
                                    Printed name

                                    Owner
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _SD&W, LLC_

United States Bankruptcy Court for the: District of Nevada

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 193,046.99 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,103,404.29 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,567,375.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | SD&W, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Ally Financial Inc.<br><sub>Creditor's name</sub><br>Ally Detriot Center<br>500 Woodward Ave.<br>Detroit, MI 48226 | | $ 69,290.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | TD Auto Finance<br><sub>Creditor's name</sub><br>PO Box 675<br>Wilmington, OH 45177 | | $ 10,976.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br><sub>Insider's name</sub><br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |
| 4.2. | _____<br><sub>Insider's name</sub><br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |

Debtor   SD&W, LLC
_____
Name                                             Case number (if known)_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Silver State Forklift<br>_____<br>Creditor's name<br>705 E Glendale Ave<br>Sparks, NV 89431 | Repossession of new forklift for which $6,000.00 has been paid and $15,000.00 remains owed; Creditor also possesses LLC's old forklift for which is demands $300.00 | 01/2023 | $ Unknown |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Wade Pexa et al. v. SD&W, LLC | Breach of contract | First Judicial District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>22 DC 00131 1B | | 885 East Musser Street, Suite 3031<br>Carson City, NV 89701 | |
| 7.2. | **Case title**<br>_____ | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>_____ | | | |

---

Debtor    SD&W, LLC
_____
Name

Case number *(if known)*_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    SD&W, LLC
_____    Case number (if known)_____
          Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fletcher & Lee | | 1/12/2023 | $ 7,000.00 |
| | **Address** | | | |
| | 448 Ridge Street | | | |
| | Reno, NV 89501 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor      SD&W, LLC
            _____        Case number (if known)_____
            Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Alexander Dawers | Title to 2017 Dodge RAM; proceeds deposited into LLC bank account | 04/07/2023 | $ 27,000.00 |
| | **Address**<br>7 Bulion Dr<br>Carson City, NV 89706 | | | |
| | **Relationship to debtor**<br>Owner | | | |
| 13.2. | **Who received transfer?**<br>Colby Auto Investments Inc. | Title to 2015 Ford F-250; Funds paid directly to secured creditor TD Auto Finance to satisfy lien | 03/24/2023 | $ 13,500.00 |
| | **Address**<br>2126 W. Deer Valley Road<br>Phoenix, AZ 85027 | | | |
| | **Relationship to debtor**<br>None | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

---

Debtor      SD&W, LLC
_____      Case number (if known)_____
            Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.  Credit card information
_____

Does the debtor have a privacy policy about that information?

☒ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    SD&W, LLC
       Name

Case number (if known)_____

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

---

Debtor    SD&W, LLC
_____    Case number (if known)_____
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Customer Inventory <br> Name | 1440 S Curry St <br> Carson City, NV 89703 | Customer materials held on site; customers have paid deposits, but no one has paid in full | $ Unknown |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ <br> Name | | ☐ Pending |
| Case number | | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **9**

Debtor    SD&W, LLC
_____    Case number (*if known*)_____
Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |

---

Debtor    SD&W, LLC                      Case number *(if known)*_____
        <u>Name</u>

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Cowee CPA, Ltd. <br> <u>Name</u> <br> 302 N Minnesota St, Carson City, NV 89703 | From _____ <br><br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2.   Bullis & Company LLC <br> <u>Name</u> <br> 206 S Division St, Carson City, NV 89703 | From _____ <br><br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> <u>Name</u> | From _____ <br><br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> <u>Name</u> | From _____ <br><br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> <u>Name</u> | |

---

Debtor    SD&W, LLC
_____    Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Alexander Dawers | 12/30/2022 | $ 27,299.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Alexander Dawers<br>Name<br>1440 S Curry Street<br>Carson City, NV 89703 |

Debtor    SD&W, LLC
_____    Case number (if known)_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Alexander Dawers | 12/30/2022 | $ 150,316.22 |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  Alexander Dawers
       _____
       Name
       1440 S Curry Street
       Carson City, NV 89703

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alexander Dawers | 7 Bulion Drive, Carson City, NV 89706 | | 100.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Alexander Dawers<br>Name<br>7 Bulion Drive<br>Carson City, NV 89706 | 9,298.00 | 01/01/2023 | Owner draws |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Owner | | | |

Debtor    SD&W, LLC
_____          Case number (*if known*)_____
         Name

| | Name and address of recipient | 78,000.00 | _____ | 2022 Salary |
|---|---|---|---|---|
| 30.2 | Alexander Dawers | | _____ | |
| | Name | | | |
| | 7 Bulion Drive | | _____ | |
| | Carson City, NV 89706 | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/18/2023
              _____
              MM  / DD  / YYYY

✖ /s/ Alexander Dawers                                    Printed name  Alexander Dawers
_____                                    _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Owner
                                   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name _____SD&W, LLC_____     Case number *(if known)*_____

## <u>Continuation Sheet for Official Form 207</u>

**13) Transfers not already listed on this statement**

**Transferee: Colby Auto Investments Inc.**

**2126 W. Deer Valley Road, Phoenix, AZ 85027**

**Date of Transfer: 03/24/2023**

**Description: Title to 2021 Dodge RAM 3500; Funds paid directly to secured creditor Ally Financial to satisfy lien**

**Value: $66,000.00**

**---**

United States Bankruptcy Court

District of Nevada

In re:  SD&W, LLC

                     Debtor(s)

Case No.

Chapter    7

**Verification of Creditor Matrix**

      The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____04/18/2023_____

/s/ Alexander Dawers
_____
Signature of Individual signing on behalf of debtor

Owner
_____
Position or relationship to debtor

ALEXANDER DAWERS
7 BULION DRIVE
CARSON CITY, NV 89706

AMERICAN BUILDING SUPPLY
8360 ELDER CREEK RD
SACRAMENTO, CA 95828

ARMANDO RAMOS
1007 HICKORY COURT
DAYTON, NV 89403

BILL EDDY
2817 NV-208
WELLINGTON, NV 89444

BOB FULTON
530 GOSHUTE ROAD
CRYSTAL BAY, NV 89402

BURT AND ASSOCIATES
1150 E FLAMINGO ROAD
LAS VEGAS, NV 89119

CADRA-NIXON
1322 ENTERPRISE WAY
CARSON CITY, NV 89703

CAILLE GASH
220 CARVILLE CIRCLE
CARSON CITY, NV 89703

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINIST
P.O. BOX 942879
SACRAMENTO, CA 94279

CAPITAL ONE
ATTN: GENERAL CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

CARL AND JILL BLAIR
3701 SR-208
WELLINGTON, NV 89444

CENTRA FUNDING LLC
1400 PRESTON ROAD
SUITE 115
PLANO, TX 75093

CHARLENA MANCHESTER
127 CYPRESS LANE
STATELINE, NV 89449

CHUCK KING
3308 HICKORY DRIVE
CARSON CITY, NV 89701

CONKLIN
955 LONGVIEW WAY
CARSON CITY, NV 89703

DAN ARNETT
513 CRABAPPLE LANE
DAYTON, NV 89403

DAN BURTHEAD
3673 CHEROKEE DRIVE
CARSON CITY, NV 89705

DAVID ELIE
4042 VIA GRANT DR
CARSON CITY, NV 89703

DAVID ELIE
3031 KITCHEN DRIVE
CARSON CITY, NV 89701

DOLLY SCHRECKENGOST
1714 BOBWHITE LANE
GARDNERVILLE, NV 89410

DOUG ENGLEKIRK
557 WYATT LANE
GARDNERVILLE RANCHOS, NV 89460

DOUGLAS HARRISON
4151 W. HIDDEN VALLEY ROAD
RENO, NV 89502

DUANE STEIDLEY
2205 J-S BAR RANCH ROAD
WASHOE VALLEY, NV 89704

EL & EL WOOD PRODUCTS
700 INDUSTRIAL DRIVE
GALT, CA 95632

EULER HERMES
800 RED BROOK BLVD.
SUITE 400C
OWINGS MILLS, MD 21117

GERALD NOTT
439 LAKEVIEW AVE
ZEPHYR COVE, NV 89448

GREG CONKLIN
955 LONGVIEW WAY
CARSON CITY, NV 89703

HOMEWOOD/MEEK'S DOOR & MILLWORK DIVISION
- WE
ATTN: CANDICE RUIZ
1030 WINDING CREEK ROAD, SUITE 100
ROSEVILLE, CA 95678

I COX CONSTRUCTION
245 MAGPIE WAY
WASHOE VALLEY, NV 89704

IVAN ZAMYSLICKY
400 SALIMAN ROAD #K86
CARSON CITY, NV 89701

JACKIE BRYANT
4180 JAMES DRIVE
CARSON CITY, NV 89706

JANET BALDWIN
1853 MERCURY WAY
CARSON CITY, NV 89706

JANINE REYNOLDS
4135 RAMSEY CIRCLE
CARSON CITY, NV 89706

JEFF BAUGHMAN
532 JENSEN CIRCLE
INCLINE VILLAGE, NV 89451

JEFF SALING
5265 CALLAHAN RD
RENO, NV 89511

JELD-WEN, INC.
2645 SILVER CRESCENT DRIVE
CHARLOTTE, NC 28273

JIM DAWERS
144 LAKE GLEN DR.
CARSON CITY, NV 89703

JOHN MUISE JR.
3739 PROSPECT DR
CARSON CITY, NV 89703

JOMAX RECOVERY SERVICE
9242 W UNION HILLS
SUITE 102
PEORIA, AZ 85382

JON MACIA
5365 TANNERWOOD DRIVE
RENO, NV 89511

KALLEE KINKLE
426 CHIANTI WAY
DAYTON, NV 89403

KEN CASH
PO BOX 5979
INCLINE VILLAGE, NV 89450

LOIS HAUCH
5989 MALLOW RD
CARSON CITY, NV 89701

LOTUS RADIO CORP.
690 E. PLUMB LANE
RENO, NV 89502

LTC CONSTRUCTION
9340 VIKING PL
ROSEVILLE, CA 95747

MAMMOTH SCREEN AND GLASS
1401 TAVERN RD
MAMMOTH LAKES, CA 93546

MARINO
1844 N NEVADA STREET
CARSON CITY, NV 89703

MARK ENNIS
188 SOUTH C STREET
VIRGINIA CITY, NV 89440

MARK TANNER CONSTRUCTION
10603 E RIVER ST
TRUCKEE, CA 96161

MCBRIDE
1780 E CLEARVIEW DR
CARSON CITY, NV 89701

MEEKS LUMBER & HARDWARE
2869 N. CARSON STREET
CARSON CITY, NV 89706

MICHAEL TEDESCO
212 S. IRIS STREET
CARSON CITY, NV 89703

MIKE TUCCI
2611 VISTA DRIVE
NEWPORT BEACH, CA 92663

MILGARD
6050 88TH STREET
SACRAMENTO, CA 95828

NEVADA BEACH
416 BITTLERS ROAD
ZEPHYR COVE, NV 89448

NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY, SUITE 115
CARSON CITY, NV 89706

OREPAC
8185 SIGNAL CT
SACRAMENTO, CA 95824

PAUL ANDERSON
1163 WISTERIA DRIVE
MINDEN, NV 89423

PAUL WILLIS

PLATTE RIVER INSURANCE COMPANY
1600 ASPEN COMMONS
SUITE 300
MIDDLETON, WI 53562

PLUM CONSTRUCTION & DESIGN
760 THUNDER CLOUD LANE
LONE PINE, CA 93545

PRESTIGE CUSTOM HOMES
1220 E GREG ST SUITE #5
SPARKS, NV 89431

PUBLIC RESTROOM COMPANY
2587 BUSINESS PKWY
MINDEN, NV 89423

RICK TODD

SHAWNA SMITH
281 ARTIST VIEW
WELLINGTON, NV 89444

SIERRA BROADCASTING  CORP.
3015 JOHNSTONVILLE ROAD
SUSANVILLE, CA 96130

SILVER STATE FORKLIFT
705 E GLENDALE AVE
SPARKS, NV 89431

STEVE WHALIN

TED O'NEILL
290 KINGSBURY GRADE RD
STATELINE, NV 89449

TED RUPERT
2800 S CURRY STREET
CARSON CITY, NV 89703

TOM HANSON
1692 KISS LANE
MINDEN, NV 89423

TRACY RIEKHOFF
718 COPPER SPRINGS ROAD
CARSON CITY, NV 89703

US BANK
ATTN: MICHELLE TAYLOR
17851 N 85TH STREET, SUITE 100/140
SCOTTSDALE, AZ 85255-6310

US BANK
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

VAN BRACKLE
1314 PATRICIA DRIVE
GARDNERVILLE RANCHOS, NV 89460

# United States Bankruptcy Court

District of Nevada

In re SD&W, LLC

Case No. _____

**Debtor**

Chapter 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,000.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ 7,000.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Meet with the Client and discuss the Client?s financial situation and viable solutions;

Provide the section 342(b)(1) notice, which sets out the purpose, benefits, and costs of filing under Chapters 7, 11, 12 or 13, the types of services available from credit counseling agencies, and the penalties of committing certain bankruptcy crimes, and will explain the notice to the Client;

Prepare the necessary bankruptcy petition, schedules, statement of affairs, and other documents, and review and file the bankruptcy case under the chapter the Client selects;

Prepare for and accompany the Client to the section 341 first meeting of creditors;

Assist in the amendments to the papers filed and the production of such documents as the trustee requests; and

Assist the Client in the negotiation and execution of reaffirmation agreements that are in the Client?s best interest and meet all requirements of the law.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/18/2023

*Date*

/s/ Elizabeth Fletcher, 10082

*Signature of Attorney*

Fletcher & Lee

*Name of law firm*

448 Ridge Street
Reno, NV 89501

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** <u>Nevada</u>

In re <u>SD&W, LLC</u>

Case No. _____
Chapter <u>7</u>

_____
(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for <u>SD&W, LLC</u>

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

<u>04/11/2023</u>

Date

<u>/s/ Elizabeth Fletcher</u>

Statement of attorney or Litigant

NVB 5005.2 (Rev. 12/15)

Elizabeth Fletcher, Esq. (NSB 10082)
Fletcher & Lee
448 Ridge Street, Reno, Nevada 89501
775-324-1011 efletcher@fletcherlawgroup.com
Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: SD&W, LLC        )
      dba Superior Door & Window    )
                    )
          Debtor.           )
                    )
_____ )

BK-

Chapter: 7 _____

DECLARATION RE: ELECTRONIC
FILING OF PETITION, STATEMENTS
AND PLAN (if applicable)

PART I-DECLARATION OF PETITIONER

I [We] __Alexander Dawers, Manager_____ and _____, the

undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my

attorney and the information provided in the electronically filed petition, statements, schedules,

amendments and plan (if applicable) as indicated above is true and correct.  I consent to my

attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as

indicated above to the United States Bankruptcy Court.  I understand that this DECLARATION:

RE ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed

electronically but, in no event, no later than 14 days following the date the petition was

electronically filed.  I understand that failure to file the signed original of this DECLARATION

will cause my case to be dismissed pursuant to 11 U.S.C. § 707 (a)(3) without further notice.

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file

under chapter 7 or 13.  I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United

States Code, understand the relief available under each such chapter, and choose to proceed under

chapter 7 or 13.  I request relief in accordance with the chapter specified in this petition.

☑ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 4/18/2023

Signed: /s/ Alexander Dawers
            Applicant                                Joint Applicant

PART II-DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, and have explained the relief available under each such chapter.

Dated: 4/18/2023

Signed: /s/ Elizabeth Fletcher, Esq.
            Attorney for Debtor(s)

2

**Resolution of Managers**
**of**
**SD&W, LLC**

Whereas, it is in the best interest of SD&W, LLC, a Nevada domestic limited-liability company (the "Company"), to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Alexander Dawers, Manager of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Alexander Dawers, Manager of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to executed and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Alexander Dawers, Manager of this Company, is authorized and directed to employ attorney Elizabeth Fletcher, Esq. and the law firm of Fletcher & Lee, Ltd. to represent the Company in such bankruptcy case.

Dated: <u>4/18/2023</u>             Signed: <u>/s/ Alexander Dawers</u>
                                              Alexander Dawers, Manager of SD&W, LLC